UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ELECTRONIC SCRIPTING PRODUCTS, INC.,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **ANDROMEDA ENTERTAINMENT, LIMITED,** § <br> § <br> Defendant. § | **CIVIL NO. W-23-CV-00649-AM-DTG** |

## ORDER GRANTING STIPULATION TO CLAIM CONSTRUCTIONS

Before the Court is the Parties' Stipulation to Claim Constructions (ECF No. 32). Plaintiff Electronic Scripting Products, Inc. ("Plaintiff") and Defendant Andromeda Entertainment, Limited ("Defendant") have reached an agreement on the constructions for all disputed claim terms. Specifically, the parties agree to the following construction:

| Term | Agreed Upon Definition |
|---|---|
| Interface | A point of interaction between hardware and software components |

The parties have further stipulated that all other terms or phrases should be given their plain and ordinary meaning. ECF No. 32 at 1.

Accordingly, the Court **GRANTS** the parties' stipulation on claim construction, **ADOPTS** the definition for the term "interface," as defined above, and gives all other terms in the patent their plain and ordinary meaning. The Court **CANCELS** the *Markman* hearing scheduled for August 22, 2024.

SIGNED this 20th day of June, 2024.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE